**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MAURO IVAN GARCIA NAMBO,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-11838-BLF

**ORDER RE RECONSIDERATION**

[Re: ECF No. 6]

Respondents moved for reconsideration. *See* ECF No. 6. Civ. L.R. 7-9(a) provides that "any party may make a motion before a Judge requesting that the Judge grant the party leave to file a motion for reconsideration." And Fed. R. Civ. P. 65(b)(4) provides that "the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires."

The Court construes the motion as one seeking leave to file for reconsideration and grants the motion for leave. *See* Civ. L.R. 7-9(a). Petitioner MAY file a response by October 21, 2026, at 12:00 p.m.; Respondents MAY reply by October 23, 2026, at 5:00 p.m. The parties SHALL appear for an in-person hearing on October 27, 2026, at 9:00 a.m. *See also* ECF No. 7 (setting show cause hearing for the same day and time).

**IT IS SO ORDERED.**

Dated: October 15, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California